UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEROLD CENTENO,

                Plaintiff,

   vs.

BROOKE D. GEORGUSON,
AARON FORD,

                Defendants.

Case No.: 2:24-cv-00274-GMN-DJA

**ORDER ADOPTING R&R**

Pending before the Court is the Report and Recommendation ("R&R") by Magistrate Judge Albregts, (ECF No. 4), recommending that Plaintiff's case be dismissed without prejudice for failure file an *in forma pauperis* ("IFP") application or pay the filing fee. Plaintiff Gerold Centeno filed an Objection, (ECF No. 5). For the reasons discussed below, the Court **ADOPTS IN FULL** Magistrate Judge Albregts' R&R.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

After Plaintiff filed initiating documents without paying the filing fee or applying to proceed *in forma pauperis*, Magistrate Judge Albregts ordered Plaintiff to file an IFP application or pay the filing fee on or before March 11, 2024. In that Order, (ECF No. 3), the Magistrate Judge explained that "if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before Mach 11, 2024, the Court will recommend dismissal of this action." (Order 2:1–3, ECF No. 3).

1  Plaintiff failed to file anything by the deadline.  As such, Magistrate Judge Albregts filed an
2  R&R, (ECF No. 4), recommending that this case be dismissed without prejudice.  Plaintiff filed
3  an Objection explaining that he sent two completed IFP applications to the Court. (*See*
4  *generally* Obj., ECF No. 5).  However, after waiting for nine months, the Court is still not in
5  receipt of either IFP applications.  After reviewing the record, the Court agrees with Judge
6  Albregts R&R.  Thus, the R&R is **ADOPTED IN FULL**.

7  **IT IS HEREBY ORDERED** that the R&R, (ECF No. 4), is **ACCEPTED AND**
8  **ADOPTED IN FULL**.

9  **IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.  The
10  Clerk of Court is kindly directed to close the case.

12  **DATED** this __30__ day of January, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court